UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JACLYN COHEN | |
| Plaintiff | **STIPULATION OF DISCONTINUANCE AND ORDER OF DISMISSAL** |
| v. | |
| UNITEDHEALTHCARE | Civil Action No.  1:22-cv-00051 |
| Defendant | |

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties herein, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, on the merits, with prejudice, without costs to either party as against the other.

DATED:     Buffalo, New York
           September 26, 2022

| | |
|---|---|
| HURWITZ & FINE, P.C. | STRADLEY RONON STEVENS & YOUNG, LLP |
| *(signed)* | *(signed)* |
| Dan D. Kohane, Esq. | Lijue T. Philip, Esq. |
| *Attorneys for Plaintiff* | Attorneys for Defendant |
| 1300 Liberty Building | 100 Park Avenue Suite 2000 |
| Buffalo, New York 14202 | New York, New York 10017 |
| (716) 849-8900 | (212) 812-4124 |
| ddk@hurwitzfine.com | lphilip@stradley.com |

SO ORDERED:_____